# UNITED STATES DISTRICT COURT

### for the
### Southern District of Florida

FILED BY _PCS_ D.C.

DEC 10 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | | |
|---|---|---|
| **KEITH F. BELL, PH.D.,** | § | |
| **Plaintiff , PRO SE** | § | **Civil Action No. _____** |
| **-v-** | § | |
| **GERALD ALEXANDER** | § | **Jury Demanded** |
| **Defendant.** | § | |
| | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Keith F. Bell, Ph.D. ("Dr. Bell" or "Plaintiff'), files this Complaint to recover damages arising from violations of Dr. Bell's intellectual property rights by Defendant, Gerald Alexander (" Alexander" or "Defendant"). In support of his claims, Plaintiff states as follows:

## INTRODUCTION

1.     This action arises from Defendant's willful and intentional commercial infringement of Plaintiff's copyrights on Defendant's Twitter account. Defendant reproduced, disseminated, and displayed virtually the entirety of Plaintiff's work. Defendant's conduct should not be countenanced.

## THE PARTIES

2.   Plaintiff is, and at all relevant times has been, a resident of Texas and resides at 3101 Mistyglen Circle, Austin, Texas 78746.

Gerald Alexander is a natural person and a Florida resident. Alexander personally engaged in the acts of infringement complained of below. Alexander is a Coach of the Miami Dolphins and may be served at the Miami Dolphins training center located at the Baptist Health Training Complex located at 20000 NW 27th Ave, Miami Gardens, FL 33056 or wherever Alexander may be found.

## JURISDICTION AND VENUE

3.   This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 & 1338 in that the claims arise under an act of Congress relating to copyrights.

4.   This Court has jurisdiction over the Defendant because he resides and/or is domiciled in Florida, conducts business in Florida, and has his principal place of business in Florida.

5.   Plaintiff contends that there is both specific and general jurisdiction over Defendant in Florida, that Defendant has sufficient minimum contacts to satisfy due process, and that the exercise of jurisdiction over Defendant comports with traditional notions of fair play and substantial justice.

6.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because Defendant has his principal place of business and/or domicile in this state within this judicial district and division. Alternatively, there is no other federal judicial district that could adjudicate all claims and all parties in this case.

2

## THE FACTS

### *Dr. Bell and His Sports Psychology Practice*

7.    Dr. Bell was a pioneer in sports psychology and is an internationally recognized sports psychology and performance consultant. He has worked as a sports psychologist with more than 500 teams, including the Olympic and national teams for the United States, Canada, Australia, New Zealand, Hong Kong, Fiji, and the Cayman Islands.

8.    In addition to his work with sports teams, Dr. Bell speaks at national and international coaching symposia. Among others, he has been a featured speaker with the American Swim Coaches Association, Australian Coaches Association, Canadian Coaches Association, Japanese Coaches Association, North American Soccer Association, United States Olympic Sports Medicine Symposium, National High School Coaches Association, and British Swim Coaches Association, South by Southwest, and St. Edward's University.

9.    Dr. Bell has also enjoyed success as an athlete and coach. He is a four-time collegiate All-American swimmer, has set numerous world and national masters swim records, and has coached U.S. national, university, collegiate, high school, and club swimming teams.

10.    Further, Dr. Bell has authored and has published 10 books and more than 80 articles relating to sports psychology and human performance psychology. He also has been a regular columnist for national swimming publications such as *Swimmers, Swimmers Coach, SwimSwam,* and *Swim Texas Magazine,* and is a periodic contributor to *Austin Fit Magazine.*

### Winning Isn't Normal *and the WIN Passage*

11.    In 1981, Dr. Bell wrote the book entitled *Winning Isn't Normal* ("*Winning Isn't Normal*"), which was first published in 1982. On information and belief, Dr. Bell was the first person to use the phrase "Winning Isn't Normal" and was the first person to use the phrase

3

"Winning Isn't Normal" in print. The book has enjoyed substantial acclaim, distribution, and publicity. Dr. Bell is the sole author of this work and continues to own all rights in the work.

12.     Dr. Bell holds a copyright registration for *Winning Isn't Normal*. A copyright registration certificate for *Winning Isn't Normal* was issued to Dr. Bell by the United States Copyright Office on or about September 21, 1989, with the registration number TX-002-672-644. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit A**.

13.     Since Dr. Bell authored and published the work *Winning Isn't Normal*, he has and continues to promote, distribute, offer for sale, and sell numerous copies of his "Winning Isn't Normal" works. Dr. Bell owns the domains: www.winningisntnormal.com and www.keelpublications.com, through which he offers *Winning Isn't Normal* for sale. Additionally, Dr. Bell offers *Winning Isn't Normal* for sale through Amazon.com and other outlets.

14.     Dr. Bell has made and continues to make meaningful efforts to create a market for *Winning Isn't Normal* and to protect and enjoy the rights afforded to him under the Copyright Act. Importantly, as part of these efforts, Dr. Bell creates, markets, and sells works derivative of *Winning Isn't Normal*, such as posters and t-shirts that display the most important and most popular passage from *Winning Isn't Normal* (separately referred to as the "WIN Passage,") and together with *Winning Isn't Normal* the "Infringed Work"). The WIN Passage is viewed by Dr. Bell and others as the heart of Dr. Bell's literary work *Winning Isn't Normal*. A true and correct copy of the WIN Passage is attached as **Exhibit B**.

15.     Dr. Bell has obtained a separate copyright registration for the WIN Passage, TX 008-503-571. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit C**.

16.     Due to the popularity of his original work *Winning Isn't Normal*, Dr. Bell has been able to increase his international recognition as an authority in sports psychology and human

4

performance and has been asked to speak at conferences, symposia, and other engagements as a result.

17.    Dr. Bell has offered and sold and continues to offer and sell licenses at fair and reasonable rates to others who wish to publish or otherwise use the popular WIN Passage.

18.    Bell has taken due care to provide notice of his copyright in *Winning Isn't Normal*. Dr. Bell has included pertinent copyright notices on physical and electronic copies of *Winning Isn't Normal*, the WIN Passage and derivative works, provides pertinent copyright notices on keelpublications.com and winningisntnormal.com, and includes a conspicuous copyright watermark on digital images of derivative works such as posters (See: **Exhibit D**) or excerpts that he posts online or otherwise distributes.  Dr. Bell also includes information on keelpublications.com and winningisntnormal.com regarding how to contact Dr. Bell about obtaining permission to use the WIN Passage or other portions of *Winning Isn't Normal*.

### Defendant and his businesses

19.    Alexander maintains a Twitter page that he uses commercially to further his reputation and promote his personal business.

### Defendant's Infringement of Dr. Bell's Work

20.    On May 13, 2020, Defendant posted a textual representation of the WIN Passage on his Twitter page: www.twitter.com/GAlexander21/status/1260535759037247489 that is nearly identical to Plaintiff's WIN Passage with only minor modifications of text and formatting. A copy of the WIN Passage as posted by Alexander are offered herein as **Exhibit: E.**

21.    The posting of the Infringed Work was made without authorization from Dr. Bell.

22.    On information and belief, Defendant made additional use of the Infringed Work without permission from Plaintiff.

5

23.    Defendant is evidently a savvy user of social media, having garnered a significant number of at least 18,900 Twitter followers.

24.    In addition to Defendant' dissemination of the Infringed Work, Defendant's immediate followers (just one level down), retweeted, in the aggregate, to at least 66,433 of their followers; demonstrating damages caused by the viral nature of Defendant's posting of the Infringed Work on social media.

25.    Due to the globally accessible nature of the Internet, the post was accessible by billions of users across the world.

26.    Plaintiff sent certified cease and desist letters to Defendant, one on 8/6/20 and one on 9/25/20, which to this date have gone unanswered.

## CLAIM I:  COPYRIGHT INFRINGEMENT

27.    Plaintiff repeats and realleges each and every paragraph set forth above as if fully set forth again at length herein.

28.    Plaintiff owns a valid copyright in the Infringed Work.

29.    Defendant has, without authorization, copied one or more of the constituent elements of the Infringed Work that are original.

30.    Defendant copied the heart of the Infringed Work almost verbatim, rendering the offending works substantially similar to, and/or functionally identical to, the Infringed Work.

31.    Defendant has, without authorization, publicly displayed one or more of the constituent elements of the Infringed Work that are original.

32.    public display of the heart of the Infringed Work was done willfully and intentionally in violation of federal copyright law, with knowledge that an agreement had not been reached with Plaintiff regarding such public display, and with knowledge that neither a license nor an assignment had been granted to Defendant allowing him to publicly display the Infringed Work.

6

33.    On information and belief, Defendant has performed or otherwise additionally used the Infringed Work or both with knowledge that an agreement had not been reached with Plaintiff regarding such uses, and with knowledge that neither a license nor an assignment had been granted to Defendant allowing him to use the Infringed Work.

34.    By so copying, disseminating, publicly displaying, and otherwise using the Infringed Work, Defendant has willfully infringed Plaintiff's copyrights therein, for which Plaintiff is entitled to injunctive relief and to recover damages in the form of either Plaintiff's actual damages and Defendant's profits attributable to the infringements or, in the alternative and at Plaintiff's election, statutory damages.  Defendant should also be required to pay Plaintiff's court costs and attorney's fees, as authorized by law, associated with its copyright infringement.

## CLAIM II:  DMCA CMI VIOLATION

35.    Plaintiff repeats and realleges each and every paragraph set forth above as if fully set forth again at length herein.

36.    Defendant has publicly displayed and distributed the Infringed Work knowing or having reasonable grounds to know that Plaintiff's copyright management information, as defined by 17 U.S. § 1202 (c) (1)(2) and (3), has been removed and that said removal will reduce, enable, facilitate or conceal an infringement, thereby violating 17 U.S. § 1202 (b) (2) Integrity of Copyright Information.

37.    By so copying and publicly displaying the Infringed Work, Defendant has knowingly infringed Plaintiff's copyrights therein, for which infringement Plaintiff is entitled to injunctive relief and to recover damages between $2,500 and $25,000. Defendant should also be required to pay Plaintiff's court costs and attorneys' fees, as authorized by law, associated with its CMI violation.

7

**ATTORNEY FEES**

38.    Because of Defendant's infringement of Plaintiff's copyrights, Plaintiff respectfully requests that this Court award costs of court and reasonable attorneys' fees as part of the requested relief, pursuant to 17 U.S.C. § 505.

**JURY DEMAND**

39.    Plaintiff hereby demands a trial by jury on all claims, issues and damages so triable.

**PRAYER**

40.    WHEREFORE, Plaintiff demands judgment against Defendant as follows:

41.    That the Court issue an injunction prohibiting Defendant and those acting in concert with him from:

> (a)  Copying, using, or publicly displaying the Infringed Work or constituent elements thereof that are original;
>
> (b)  Creating any derivative works based on the Infringed Work (either individually or with a third party) without first obtaining a license or assignment from Plaintiff that allows Defendant to do so; and
>
> (c)  Otherwise infringing the rights of Plaintiff with respect to the Infringed Work.

42.    A judgment awarding damages to Plaintiff based on each of the claims asserted herein, including actual, consequential, incidental, and all other types of damages authorized by law necessary to make Plaintiff whole under applicable law;

43.    Actual damages, profits, and/or statutory damages based on copyright infringement;

44.    That an accounting be directed to determine the profits of Defendant resulting from his activities and that such profits be paid over to Plaintiff, increased as the Court finds to be just under the circumstances;

45.  Reasonable and necessary attorney fees pursuant to 17 U.S.C. § 505, and other law;

46.  The injunctive relief and all necessary findings requested herein;

47.  Pre-judgment and post-judgment interest at the highest rate allowed by law;

48.  Costs of bringing this claim; and

49.  Such other relief at law or in equity to which Plaintiff shows himself justly entitled.

## CERTIFICATION AND CLOSING

50.  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

51.  I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated of signing: December 1, 2021          Respectfully submitted,

Dr. Keith Bell, pro se
3101 Mistyglen Circle
Austin, Texas  78746
Tel.: 512-327-2260
drkeithbell@gmail.com

9

EXHIBIT A

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 2 672 644**

| TX | | TXU |
|----|----|----|

EFFECTIVE DATE OF REGISTRATION

9   21   89
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**TITLE OF THIS WORK ▼**

Winning Isn't Normal

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

### 2
**NAME OF AUTHOR ▼**

a    Keith Frank Bell

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1948    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

### 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1981 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶   Year ▶ 1981
United States of America ◀ Nation

---

### 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Dr. Keith Bell
3101 Mistyglen Circle
Austin, Texas   78746

1598 Winford Ave.
Ventura, CA   93004

**APPLICATION RECEIVED**
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**REMITTANCE NUMBER AND DATE**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of 2 pages

029060412

EXHIBIT B

## WINNING ISN'T NORMAL

Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It's highly unusual.

Every race only has one winner. No matter how many people are entered (not to mention all whose who tried and failed to make cuts), only one person (or one relay) wins each event.

Winning is unusual. As such, it requires unusual action.

In order to win, you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. (Now, take note! Wanting it more is a decision you make and act upon -- not some inherent quality or burning inner drive or inspiration!) And, you have to make that value a priority.

You can't train like everyone else. You have to train more and train better.

You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in." You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness . . . because winning isn't normal!!

*Winning Isn't Normal by Dr. Keith Bell*
*Copyright © 1982 Dr. Keith Bell*

*Purchase Winning Isn't Normal or license at:*
*www.winningisntnormal.com*

8

EXHIBIT (B) (2 of 4)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-503-571**

**Effective Date of Registration:**
November 06, 2017

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | Winning Isn't Normal |
| **Title of Larger Work:** | Winning Isn't Normal |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | July 18, 2010 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 0-945609-96-5 |

## Author

| | |
|---|---|
| **Author:** | Keith Frank Bell |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1948 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Keith Frank Bell |
| | 3101 Mistyglen Circle, Austin, TX, 78746, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX 2 672 644, 1989 |
| **New material included in claim:** | text |

## Rights and Permissions

Page 1 of 2

**Name:**    Keith Frank Bell
**Email:**    drkeithbell@gmail.com
**Telephone:**    (512)327-2260
**Address:**    3101 Mistyglen Circle
Austin, TX 78746 United States

**Certification**

**Name:**    Keith F. Bell
**Date:**    November 06, 2017



Page 2 of 2

# Winning Isn't Normal

Winning isn't normal. That doesn't mean there's anything wrong with winning.  It just isn't the norm. It is highly unusual.

Every race only has one winner.  No matter how many people are entered only one person, or one team, wins.

Winning is unusual.  As such, it requires unusual action.

In order to win, you must do extraordinary things.  You can't just be one of the crowd.  The crowd doesn't win.  You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities.  You have to value success more than others do.  You have to want it more.  (Now take note! **Wanting** it more is a decision you make and act upon — not some **inherent quality or** burning inner drive or inspiration!) And you have to **make that value a priority**.

**You can't train like everyone else**.  You have to train more and train better.

**You can't talk like everyone else**.  You can't think like everyone else.  You **can't be too** willing to join the crowd, to do what is expected, to act in a **socially accepted** manner, to do what's "in."  You need to be willing to **stand out in the crowd** and consistently take exceptional action. If you **want to win, you need to** accept the risks and perhaps the loneliness **... because winning isn't normal!**

Dr. Keith Bell

**Winning Isn't Normal**
Excerpted from ...
**by Dr. Keith** ...

EXHIBIT D

Monday, November 29, 2021

View as Analog
✓ View as Digital

Open Date & Time Preferences...

(2) Gerald Alexander on Twitte   ✕   +

twitter.com/GAlexander21/status/12605357590372

← Tweet

Gerald Alexander ✔
@GAlexander21

Watching interviews of MJ on #TheLastDance reminds me of this piece. If you don't know. You probably never won anything.



**WINNING ISN'T NORMAL**

"Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It is highly unusual.

Every competition only has one winner. No matter how many people are entered, only one person or one team wins each event.

Winning is unusual. And as such, it requires unusual action.

In order to win, you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. Now take note! Wanting it more is a decision you make and act upon — not some inherent quality or burning inner drive or inspiration! And you have to make that value a priority.

You can't train like everyone else. You have to train more and train better.

You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in." You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness... BECAUSE **WINNING ISN'T NORMAL!**"

Dr. Keith Bell

6:41 AM · May 13, 2020 · Twitter for iPhone

**37** Retweets   **3** Quote Tweets   **121** Likes

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Relevant people**

Gerald Alexander ✔
@GAlexander21
Husband. Father. Played some football and now teaching others to play it better than I ever did. Defensive Backs Coach // Miami Dolphins #LONGLIVEBRYCE

**What's happening**

Soccer · LIVE
The 2021 Ballon d'Or Awards ⚽
Trending with #BallonDor ⚽, Messi

You are the gift
Holidays open up with Galaxy
▶ Promoted by Samsung Mobile US

Trending in United States
#whitepeopleoverstepping

News · Trending
Chris Cuomo
3,620 Tweets

COVID-19 · LIVE
COVID-19: News and updates for Texas

Show more

Terms of Service   Privacy Policy   Cookie Poli
Ads info   More ···   © 2021 Twitter, Inc.

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL





U.S. POSTAGE PAID
AUSTIN, TX
PM 2-DAY
06748
MAR 01 21
AMOUNT
**$8.70**
R2304M110770-13

1004          33401



# PRIORITY®
# MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major
  international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs
  declaration label may be required.

  * Domestic only

EXPECTED DELIVERY DAY: 12/04/21

USPS TRACKING® #

9505 5139 7786 1336 3055 19

FROM:



PRIORITY®
★ MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Keith Bell
3101 Mistyglen Circle
Austin, TX 78746

USPS INSPECTED

TO: Paul Rogers Federal Bldg.
United States Courthouse
CLERK
701 Clematis St
West Palm Beach, FL
33401



To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.

This envelope is made from post-consumer waste. Please recycle - again.

* Domestic only.   ✕ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.