UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 21-CV-24301-KMW

KEITH F. BELL, PH.D.,

    Plaintiff,

vs.

GERALD ALEXANDER,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties hereto advise this Honorable Court that they have amicably resolved this matter. The parties will submit a Stipulation and proposed Order of Dismissal with Prejudice within ten days.

The undersigned represents that he is authorized to submit this Notice in furtherance of an email received from Plaintiff stating, "Please send a quick note to the judge letter her know that we have come to an agreement and copy me."

Dated: April 7, 2023                    Respectfully submitted,

                                                      */s/Gregory S. Glasser*
                                                      GREGORY S. GLASSER, ESQ.
                                                      Fla. Bar No: 14702
                                                      La Cava Jacobson & Goodis, P.A.
                                                      7700 North Kendall Drive, Suite 411
                                                      Miami, FL 33156
                                                      Tel: 786-724-2600 Fax: 305-847-3788
                                                      *Attorneys for Defendant.*

## CERTIFICATE OF SERVICE ON NEXT PAGE

Case No.: 1:21-cv-24301-KMW
Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of April 2023 a true and correct copy of this Notice of Settlement was furnished via electronic filing, and email to: Dr. Keith Bell, *Pro Se*, 3101 Mistyglen Circle, Austin, TX 78746.

Respectfully submitted,

*/s/Gregory S. Glasser*
GREGORY S. GLASSER, ESQ.
Fla. Bar No: 14702
gglasser@LJGlegal.com
La Cava Jacobson & Goodis, P.A.
7700 North Kendall Drive, Suite 411
Miami, FL 33156
Tel: 786-724-2600 Fax: 305-847-3788
*Attorneys for Defendant.*